[No. 25772.   *En Banc.*   December 7, 1936.]

JOHN EDEN, SR., *et al.*, *Respondents*, v. THE NORTHWEST BREWING
COMPANY, *Defendant*, THE INTERNATIONAL BROTHERHOOD OF
TEAMSTERS, CHAUFFEURS, STABLEMEN AND HELPERS OF
AMERICA *et al.*, *Appellants.*[1]

*Vanderveer & Bassett,* for appellants.
*John F. Dore,* for respondents.

PER CURIAM.—This is an appeal from an order of the superior
court of Walla Walla county granting a temporary injunction
similar to that in the case of *Blanchard v. Golden Age Brewing
Company, ante* p. 396, 63 P. (2d) 397.   The facts in the case at bar
are analogous to the facts in the *Blanchard* case.   On the authority
of that case, the order herein appealed from is affirmed.